IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG 23 2021

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:21cr86 HSO-RPM

CHAD PAUL JACOB

## MOTION TO SEAL

The United States of America, through undersigned counsel, respectfully requests that the Information and all documents filed herein, be sealed until further order of the Court, and represents the following:

The United States of America has filed a Bill of Information against the Defendant. Revealing the existence of the file and Bill of Information prior to the Initial Appearance hearing of the Defendant would possibly impede other investigations. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the Bill of Information, summons, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the appearance and detention of the Defendant.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Bill of Information and this Motion and the Order to Seal, pending the appearance of the Defendant at the Initial Appearance hearing, and that copies be distributed to law enforcement agencies as needed to facilitate the appearance and detention of the Defendant.

Respectfully submitted,

DARREN J. LAMARCA
Acting United States Attorney

By: