IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21cr86 HSO-RPM

CHAD PAUL JACOB  18 U.S.C. § 641

**The Acting United States Attorney charges:**

At all times relevant to this Information:

From in or about January 2019, and continuing through in or about December 2020, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, CHAD PAUL JACOB, willfully and knowingly did embezzle, steal, purloin, and convert to his use or the use of another without authority, property belonging to the United States of America and a department or agency thereof, in excess of $1,000.00, namely personal protective equipment, medical equipment, and electronic devices.

All in violation of Title 18, United States Code, Section 641.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

DARREN J. LAMARCA
ACTING UNITED STATES ATTORNEY