George H. Koehler Jr.

███████████

Loganville, GA 30052

228███████

███████@gmail.com

To Whom It May Concern:

    My Name is George Koehler and I am currently the Deputy Chief of Supply Chain Management at the Atlanta VA Healthcare System. I previously worked under Mr. Chad Jacob at the Gulf Coast VA Healthcare System from Oct 2014 until Jan 2021. During my tenure I moved from Lead Supply Tech to Supervisory Supply Tech and ended as the Supervisory Inventory Management Specialist (EX). Mr. Jacob was my Assistant Chief of Supply Chain Management for my 6 years and 3 months in Biloxi. I also knew Mr. Jacob from when he was in the Air Force stationed at Keesler Air Force Base in Biloxi. We were in the Top three organization together and I knew he worked in the Logistics Squadron at the base. As my direct supervisor Mr. Jacob prepared me for promotion after promotion due to my work ethic and dedication to our veterans.

    I am writing this letter requested by Mr. Jacob. It was explained to me by him during this request that he had conducted himself in an unprofessional manner while in the Assistant Chief Position at the Biloxi VA. I understand that the Mr. Jacob has pled guilty to a crime, and that he accepts responsibility for his failures and actions. During my tenure as a subordinate to Mr. Jacob I challenged him to pursue his higher education and he did just that. He completed his Bachelor's degree and for me as a coworker at the time I respected his drive and his determination. Mr. Jacob performed a temporary duty to Shreveport LA VA hospital for six months as the Chief of Supply Chain and performed excellently driving them to compliance and drastically improving a failing program. He also supported Hurricane Michael response efforts in Pensacola, FL for three weeks supporting our veterans during a major natural disaster. On many occasions Mr. Jacob performed well in his leadership roles and was a vital member of the Biloxi VA Supply Chain team. It saddens me that someone with the experience of 20 plus years of Military service and in a VA Logistics Senior Management position would conduct themselves in this way.

    First, I would like to Thank the court for its time and consideration of this reference letter for Mr. Jacob. As a former First Sergeant in the United States Air Force I understand that people make poor choices and bad decisions all the time. In this case, Mr. Jacob's performance was unacceptable and should not go unpunished. I do ask for a punishment befitting the crimes committed but for consideration of his Military and civil service as a whole and not on this short period of time alone. I am available for any other questions or requests from the Court in this matter.



Sincerely,

George H. Koehler Jr.

Christina Jacob Davis

████████████

Spring, TX 77379

August 31, 2021

Your Honor,

    The man standing before you is one of the most admirable men in my life, the one who taught me what it truly means to be a good person and a good human being in Life. This 20 year Air Force retiree, decorated war veteran, spent countless hours of overtime working tirelessly throughout his career helping people from all walks of life. Chad Jacob has always been a man that is present 100% of the time and will show up anytime you need him-you always know you can count on him. This man goes above and beyond for others and thrives on ensuring others have what they need before himself. Chad Jacob has always had a heart of gold and gives his 100% effort into every task he is assigned, and proved this throughout his career in the United States Air Force.

    He instilled in me many life lessons and spent endless hours never giving up on me, always encouraging me to rise above and overcome obstacles which attempted to intervene in my path in life. Though I made mistakes, Chad Jacob showed me love, always supporting me and helping me rise above and push forward. He is also the type of man who always takes responsibility for his own actions, almost to his own detriment at times, but takes them in stride and works to supersede the consequences. It comes as no surprise that he is ready to accept the consequences for his actions today. Your honor, this man is an honorable man, looked up to by so many in his life, and loved by so many; we ask that you take his good nature and character into consideration as he stands before you today.

    We all make mistakes your honor. This man has endured more stress in the past two years which may have contributed to his lapse of judgement including the loss of his beloved mother and attempting to manage his wife's mental health care. These stressors and other life experiences would have certainly contributed to his own mental stability, and he suddenly found himself struggling with his own mental health concerns. I pray that you take these into consideration as this war veteran has struggled with depression and anxiety over the years related to his time in the military, but always rose to overcome. Looking at the man he is, you would never know he was battling anything as he always selflessly puts others before himself.

    Overall your Honor, Chad Jacob has been an example of what a good man, husband, father, and brother is to so many in his life. This man has been a part of my life for 36 years and the nearest and dearest to my heart. He has worked diligently within his community, whether it be military or civilian, and always gives back to others. It is my sincere hope that the court will take the letter into consideration in Chad Jacob's sentencing. I absolutely believe with all of my being Chad Jacob to be an honorable individual, and an overall well rounded person within his community.

Sincerely,

Christina Davis

August 20, 2021

Dear your Honor,

    My name is Shellie M. Jacob. Sister of Chad P. Jacob I am writing to you today To let you know the crime that was committed is surprising to me and my family. Chad is a retired Air Force Member and a loving father and grandfather. To my Daughter he is her Godfather and to me, my loving little Brother. The seriousness of this crime is Very disturbing to me, but I understand we all make mistakes. Chad Jacob is the type of man that always takes responsibility for actions.

    He has served in the Airforce since he was 19 years of age after we grew Up in a small town in South Louisiana, attending Catholic school. Our Father was a hardworking man but also a gambler and I think he has inherited that trait from my father. Chad Jacob has always been a hard worker, diligently giving back to his community while ensuring his presence for his family as well. He retired from the Air Force after serving 20 years, and still wanted to give back to his military community, thus his job of preference being at the VA. Chad Jacob has always been an active part of the military community, leading so many Airmen into the careers which shaped their lives, and Chad was there every step of the way.

    Chad has always stood strong for myself and my daughter, especially through the loss of our mother and father. Chad was there for my Mother, traveling back and forth across state lines to see her, be with her, and help her through the last years of her life. Our mother, Jane Jacob, who recently passed in Sept 2019, certainly may have contributed to the stressors Chad has been experiencing over the past two years. Even though I am an older sister, Chad has 2 more siblings and although he is younger he has always been like our older brother, the one whom we always look up to.

    I know he is probably heartbroken still over losing our mother now almost two years ago, coupled with our brothers and sister severing ties from the two of us. Chad is also having a hard time with his Wife Vicki Jacob for the past 2-3 years now with her mental state, as she has been in and out of the VA hospital as he tries to get her help, but she continues to refuse it. Chad has struggled to deal with this matter, and it is my belief this has contributed to his stressors and the matter in court for which we are here for today.

    Chad has always been the person I call on in my own times of stress or in need, or just to have an ear to listen to. Chad has always been present for his family, community, and military members alike. This is a man who knows no strangers, and who can make a friend wherever he goes. While my heart is saddened by the matter at hand, I still strongly believe in the man standing before you today to be a good, honorable man. I am just giving you a little more information on who this person is that stands before you for sentencing.

Thank you for Reading this

*Shellie Jacob*

Shellie M. Jacob

Sincerely,

*Shellie Jacob*

Shellie M Jacob

August 20, 2021

Dear your Honor,

    My name is George C. Riggle, Brother-in-Law of Chad P. Jacob whom is appearing before you today. I am a retired Lieutenant with the Texas Department of Criminal Justice, and have been a part of the Jacob family for over 12 years. Chad Jacob is a very family oriented person, and the issue you are addressing today has saddened us all. I know from associating with Chad these past years that this is not his normal behavior, in fact is very much against his own beliefs and morals.

    Chad Jacob has been dealing with a gambling issue for sometime, we have encouraged him to seek help with this issue, but I do not think that we realized the depth of his addiction. I also believe that the other stressors in his life the past few years, such as the death of his mother, and also the mental health issues of his wife. Have played a very major role in causing him enough stress to cause him to seek a means of relief from these issues.

    I would ask that at this time when you are considering your judgement, that you would take a look at the entire man that is before you and not just the individual issue that is being addressed before you at this time. Chad P. Jacob is a family man, that has served his country honorably for over 20 years in the United States Air Force, since the age of 19. Chad is very rooted in his community, and involved with the raising of his grandchildren, and has always been a very productive member of society.

    Thank you for your consideration.

*[signature: George C. Riggle]*
George Carl Riggle

Dear your honor,

   This man that you have before you your honor has been not only a father figure to me in my life he's been one of the best role models and influential people over these past 10 years of my life. This is a man of his word and a man that will do anything for anyone. I've been with his daughter Christina Davis 10 years total 5 married and he's been there for not only myself but my wife as well as his grandchildren. He's shown me a side of life that I've never experienced growing up what a real family is and the value of family and being there for one another. He's been my second father step father doesn't give him enough credit for the impact that he's made on my life.

 From the time we met he's been here for me never missing a beat when he gave me his word on anything I could leave it there and know for a fact that he would be there and always come through. That's the military training that's been installed into him serving over 20 years in the Airforce selflessly giving back to his country leading and mentoring young Airman like myself. To not only be a role model but to also lead by example. He's been there for me through every high point and low point of my life.

   I can remember speaking with him wanting to make the biggest decision of my life joining the Airforce Reserve and I knew there wasn't anyone who knew more about this decision then him. He told me as he's always said to anyone who has asked him about joining the service is that that it was the best decision that he's ever made in his life! Here I am 6 years later being enlisted October 1st 2021 will make 6 years of service for me. I've re-enlisted for another 6 years and it's been the best decision of my life having him right by my side every step of the way mentoring me and leading me in the right direction without his guidance and influence on my life I don't know where I would be today. He was there when I enlisted into the military, and he was there when I graduated basic training never missing a beat of anything that's the type of man he is. Even becoming a recruiter to give back and do everything he could to influence young individuals to be all they could be. Family is what he values and what he's instilled in me as well how important that is and being that type of stand up man doing whatever for the people that mean the most and his community.

  For this reason your honor locking this man that you have before away would not only do my family a disservice but the community and many other young people that he influences around him. He has made a really big mistake and the man he is and has always been has admitted to his wrong doing and is prepared to take whatever comes with that. He has a gambling addiction and has falling so deep into it that he doesn't see how big of a problem it is. He's suffered from this addiction for a very long time and now he's paid a prices for his habits to support it.

If you have any further questions, please feel free to contact me.

Sincerely,

Rapheal Davis

1

(228) ███████

███████@yahoo.com

Sent from Yahoo Mail for iPhone

X *[signature]*

2

Bonnie Mello

███████████████

Saucier, Ms. 39574

October 11, 2021

To: The Honorable Judge Louis, Guirola, Jr.

I have known Chad Jacob as a good friend and co-worker for over 10 years. I was both troubled and surprised to hear about his recent cases, he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Chad Jacob regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Chad Jacob has always been an upright character in the community & workplace. In our friendship, he has really been there for me, especially when I started at Logistic I was lost and scared. Chad Jacob was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

In addition to our friendship, he is a usually upstanding member in the workplace. While I was surprised to hear of the misconduct, it came as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, Chad Jacob expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter in consideration at the time of sentencing. Despite the current case. I still believe Chad Jacob to be honorable individual, a valuable member of my community and a good human being.

Sincerely

*Bonnie Mello*

Bonnie Mello

**Tiffany**
_____

| | |
|---|---|
| From: | Murray, Alexander H.  VHABI[REDACTED]@va.gov> |
| Sent: | Thursday, July 29, 2021 2:56 PM |
| To: | Tiffany |
| Subject: | Character Letter |

To Whom It May Concern:

Mr. Chad Jacob has been my employee from 2009 to the present.  In all those years, he has always earned an "outstanding" annual performance evaluation as well as a within-grade step promotion for continued long-term excellent service.  For the past six years, I have groomed Mr. Jacob to be my successor after I retire.  He has demonstrated unparalleled skill and expertise in the field of Logistics, and he has never hesitated to volunteer for the most arduous tasks such as providing on-site logistical support to the VA and community during hurricane contingencies, water/power outages, and the National Golden Age Games.  He has frequently been selected to provide guidance and leadership at sister facilities for extended periods of several days to several months, developing a widespread reputation as a subject matter expert throughout the seven-state region.

I have always known Mr. Jacob to be of highest-caliber character, for the twelve years in my service and for over twenty years of military service in the U.S. Air Force.  He has served the country and the government honorably, earning an honorable discharge from the Air Force upon his retirement.  I firmly believe that his recent mistakes were an anomaly exacerbated by, if not caused by, recent marital issues in his private life.  All this, in spite of the fact that there were recurrent incidences over a prolonged period of a year.

I believe there is very little that needs to be done to fully rehabilitate Mr. Jacob, and I am certain that he is regretful of his recent misdeeds.

//Signed//
Alexander H. Murray, Captain, U.S. Naval Reserve (Retired)
Chief Supply Chain Officer
Gulf Coast Veterans Health Care System
Biloxi, MS 39531
228-523-5052

30 Aug 2021

Your Honor,

We are writing this letter in regards to the character of Chad Paul Jacob. We have known him since 1984. He was our son-in-law for 16 years and then became like a son. When his wife, our daughter, left him for another man when Chad returned after a year in Korea with the Air Force, he took on total responsibility for raising his son & daughter, ages 9 and 15 at the time. He has continued to nurture them through the years. He has continued to help them to achieve success.

He has always been a hard working, reliable, trustworthy and decent person despite the allegations against him. Chad has always offered assistance to many individuals who needed an extra hand.

We are shocked and appalled at what he has been accused of. He admits what he has done. He admits to a gambling problem and how it has impacted his life in a negative way.

I am a retired drug/alcohol counselor for the Army and am cognizant of the consequences of his addiction. My husband spent 26 years in the military and knows how this tarnishes Chad's life.

Regardless of what happens he will remain a part of our life.

Cynthia & Oscar Brewer
254 ▊▊▊▊▊▊▊▊▊▊
Biloxi, MS 39531

Cynthia D Brewer   Oscar G Brewer