CASE NO. 1:21cr86
U.S.A.
VS. Jacob
PLAINTIFF'S EXHIBIT G-1
DATE _____ IDEN.
DATE 1/6/2022 EVID.
BY [signature]
Deputy Clerk
AO 386

| First Name | Last Name | Auction Seller Username | Created Date | $ | Item Title | Total Quantity | $ per Mask | Counterparty Name | Shipping Address | Counterparty Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Chad | Jacob | bayou4cjdawg | 7/28/2020 | $62.05 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $12.41 | | | |
| Chad | Jacob | bayou4cjdawg | 7/28/2020 | $198.27 | M M M. 20. Each, 1 Package N Grade 95 1860S Small Msk 1 Day Listing Expire 2025 | 20 | $9.91 | | | |
| Chad | Jacob | bayou4cjdawg | 7/27/2020 | $66.39 | M M M. 5 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $13.28 | | | |
| Chad | Jacob | bayou4cjdawg | 7/27/2020 | $66.36 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $13.27 | | | |
| Chad | Jacob | bayou4cjdawg | 7/27/2020 | $64.84 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $12.97 | | | |
| Chad | Jacob | bayou4cjdawg | 7/26/2020 | $61.76 | M M M. 5 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $12.35 | | | |
| Chad | Jacob | bayou4cjdawg | 7/26/2020 | $224.77 | M M M. 20. Each, 1 Package N Grade 95 1860S Small Msk 1 Day Listing Expire 2025 | 20 | $11.24 | | | |
| Chad | Jacob | bayou4cjdawg | 7/25/2020 | $232.79 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $11.64 | | | |
| Chad | Jacob | bayou4cjdawg | 7/23/2020 | $233.05 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $11.65 | | | |
| Chad | Jacob | bayou4cjdawg | 7/23/2020 | $226.07 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $11.30 | | | |
| Chad | Jacob | bayou4cjdawg | 7/21/2020 | $92.05 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $18.41 | | | |
| Chad | Jacob | bayou4cjdawg | 7/20/2020 | $278.13 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Listing Expire 2025 | 20 | $13.91 | | | |
| Chad | Jacob | bayou4cjdawg | 7/19/2020 | $285.80 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Listing Expire 2025 | 20 | $14.29 | | | |
| Chad | Jacob | bayou4cjdawg | 7/19/2020 | $1,183.71 | M M M 80 Each Pack N Med Grade 95 1860 1 Day Auction Expire 2025 4 Boxes | 80 | $14.80 | | | |
| Chad | Jacob | bayou4cjdawg | 7/17/2020 | $172.05 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $34.41 | | | |
| Chad | Jacob | bayou4cjdawg | 7/17/2020 | $100.22 | M M M. 5 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $20.04 | | | |
| Chad | Jacob | bayou4cjdawg | 7/17/2020 | $97.05 | M M M. 5 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $19.41 | | | |
| Chad | Jacob | bayou4cjdawg | 7/17/2020 | $96.85 | M M M. 5 Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 5 | $19.37 | | | |
| Chad | Jacob | bayou4cjdawg | 7/17/2020 | $100.22 | M M M. 5 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $20.04 | | | |
| Chad | Jacob | bayou4cjdawg | 7/16/2020 | $288.80 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Listing Expire 2025 | 20 | $14.44 | | | |
| Chad | Jacob | bayou4cjdawg | 7/16/2020 | $96.85 | M M M. 5 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 5 | $19.37 | | | |
| Chad | Jacob | bayou4cjdawg | 7/15/2020 | $341.51 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $17.08 | | | |
| Chad | Jacob | bayou4cjdawg | 7/15/2020 | $342.30 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $17.12 | | | |
| Chad | Jacob | bayou4cjdawg | 7/15/2020 | $334.80 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $16.74 | | | |
| Chad | Jacob | bayou4cjdawg | 7/15/2020 | $284.43 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $14.22 | | | |
| Chad | Jacob | bayou4cjdawg | 7/15/2020 | $281.88 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $14.09 | | | |
| Chad | Jacob | bayou4cjdawg | 7/14/2020 | $279.10 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $13.96 | | | |
| Chad | Jacob | bayou4cjdawg | 7/14/2020 | $280.30 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $14.02 | | | |
| Chad | Jacob | bayou4cjdawg | 7/14/2020 | $288.68 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $14.43 | | | |
| Chad | Jacob | bayou4cjdawg | 7/13/2020 | $121.24 | M M M. 6Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 6 | $20.21 | | | |
| Chad | Jacob | bayou4cjdawg | 7/7/2020 | $444.80 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 Regular Size | 20 | $22.24 | | | |
| Chad | Jacob | bayou4cjdawg | 7/5/2020 | $118.72 | M M M. 4 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2024 | 4 | $29.68 | | | |
| Chad | Jacob | bayou4cjdawg | 7/4/2020 | $881.70 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 Regular Size | 20 | $44.09 | | | |
| Chad | Jacob | bayou4cjdawg | 7/2/2020 | $333.22 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $16.66 | | | |
| Chad | Jacob | bayou4cjdawg | 7/2/2020 | $333.22 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $16.66 | | | |
| Chad | Jacob | bayou4cjdawg | 7/2/2020 | $315.85 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $15.79 | | | |
| Chad | Jacob | bayou4cjdawg | 7/1/2020 | $281.80 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $14.09 | | | |
| Chad | Jacob | bayou4cjdawg | 6/27/2020 | $335.92 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $16.80 | | | |
| Chad | Jacob | bayou4cjdawg | 6/26/2020 | $174.95 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $17.50 | | | |
| Chad | Jacob | bayou4cjdawg | 6/25/2020 | $340.25 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Expire 2025 | 20 | $17.01 | | | |
| Chad | Jacob | bayou4cjdawg | 6/24/2020 | $31.94 | M M M. 2 Each Pack N Grade 95 Med 1860 S small Msk 1 Day Auction Exp 2025 | 2 | $15.97 | | | |
| Chad | Jacob | bayou4cjdawg | 6/23/2020 | $1,091.18 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction Expire 2025 | 20 | $54.56 | | | |
| Chad | Jacob | bayou4cjdawg | 6/21/2020 | $135.05 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $13.51 | | | |
| Chad | Jacob | bayou4cjdawg | 6/21/2020 | $147.55 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $14.76 | | | |
| Chad | Jacob | bayou4cjdawg | 6/21/2020 | $250.48 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction | 20 | $12.52 | | | |
| Chad | Jacob | bayou4cjdawg | 6/20/2020 | $265.05 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction | 20 | $13.25 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $265.85 | MMm 1860S Box of 40 face N Ninety5 Size Small 2 boxes OLD STOCK Read Discr MED. | 40 | $6.65 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $145.70 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $14.57 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $531.70 | MMm 1860S Box of 40 face N Ninety5 Size Small 2 boxes OLD STOCK Read Discr MED. | 40 | $13.29 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $272.19 | M M M 20 Pack N Med Grade 95 1860 1 Day Auction | 20 | $13.61 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $149.57 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $14.96 | | | |
| Chad | Jacob | bayou4cjdawg | 6/19/2020 | $170.23 | M M M. 10 Each Pack N Grade 95 Med 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $17.02 | | | |
| Chad | Jacob | bayou4cjdawg | 6/16/2020 | $160.85 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $16.09 | | | |
| Chad | Jacob | bayou4cjdawg | 6/13/2020 | $169.25 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $16.93 | | | |
| Chad | Jacob | bayou4cjdawg | 6/12/2020 | $346.45 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $34.65 | | | |
| Chad | Jacob | bayou4cjdawg | 6/11/2020 | $330.06 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction | 20 | $16.50 | | | |
| Chad | Jacob | bayou4cjdawg | 6/5/2020 | $615.85 | MMm 1860S 2 Boxes -40 Each face Msk N Ninety5 Size Regular OLD STOCK Read Discrp | 40 | $15.40 | | | |
| Chad | Jacob | bayou4cjdawg | 6/5/2020 | $170.50 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $17.05 | | | |
| Chad | Jacob | bayou4cjdawg | 6/5/2020 | $172.48 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $17.25 | | | |
| Chad | Jacob | bayou4cjdawg | 6/5/2020 | $160.85 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2025 | 10 | $16.09 | | | |
| Chad | Jacob | bayou4cjdawg | 6/4/2020 | $332.40 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction | 20 | $16.62 | | | |
| Chad | Jacob | bayou4cjdawg | 6/4/2020 | $336.10 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction | 20 | $16.81 | | | |
| Chad | Jacob | bayou4cjdawg | 6/4/2020 | $340.60 | MMm 1860S 2 Boxes -40 Each face Msk N Ninety5 Size Regular OLD STOCK Read Discrp | 40 | $8.52 | | | |
| Chad | Jacob | bayou4cjdawg | 6/2/2020 | $386.89 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction | 20 | $19.34 | | | |
| Chad | Jacob | bayou4cjdawg | 6/2/2020 | $384.63 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction | 20 | $19.23 | | | |
| Chad | Jacob | bayou4cjdawg | 5/27/2020 | $186.38 | MMM 1860 Box of 20 N Ninety5  Size Regular Old Stock Read Description Well | 20 | $9.32 | | | |
| Chad | Jacob | bayou4cjdawg | 5/25/2020 | $415.85 | M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $20.79 | | | |
| Chad | Jacob | bayou4cjdawg | 5/24/2020 | $452.85 | M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $22.64 | | | |
| Chad | Jacob | bayou4cjdawg | 5/24/2020 | $415.85 | M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $20.79 | | | |
| Chad | Jacob | bayou4cjdawg | 5/21/2020 | $178.33 | MMM 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $8.92 | | | |
| Chad | Jacob | bayou4cjdawg | 5/21/2020 | $248.82 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $24.88 | | | |
| Chad | Jacob | bayou4cjdawg | 5/21/2020 | $248.82 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $24.88 | | | |
| Chad | Jacob | bayou4cjdawg | 5/20/2020 | $255.31 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $25.53 | | | |
| Chad | Jacob | bayou4cjdawg | 5/19/2020 | $453.85 | M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2025 | 20 | $22.69 | | | |
| Chad | Jacob | bayou4cjdawg | 5/19/2020 | $255.90 | M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $25.59 | | | |
| Chad | Jacob | bayou4cjdawg | 5/18/2020 | $234.35 | 3 M M M. 10 Each Pack N Grade 95 1860 Regular Msk 1 Day Auction Exp 2024 | 10 | $23.44 | | | |
| Chad | Jacob | bayou4cjdawg | 5/17/2020 | $439.85 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $21.99 | | | |
| Chad | Jacob | bayou4cjdawg | 5/17/2020 | $175.84 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrn | 20 | $8.79 | | | |
| Chad | Jacob | bayou4cjdawg | 5/15/2020 | $504.28 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $25.21 | | | |
| Chad | Jacob | bayou4cjdawg | 5/14/2020 | $501.95 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $25.10 | | | |
| Chad | Jacob | bayou4cjdawg | 5/14/2020 | $228.43 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship  Size Regular. Old Stock | 20 | $11.42 | | | |
| Chad | Jacob | bayou4cjdawg | 5/13/2020 | $265.85 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular OLD STOCK Read Discrp | 20 | $13.29 | | | |
| Chad | Jacob | bayou4cjdawg | 5/13/2020 | $285.85 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular OLD STOCK Read Discrp | 20 | $14.29 | | | |
| Chad | Jacob | bayou4cjdawg | 5/12/2020 | $443.03 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular OLD STOCK Read Discrp | 20 | $22.15 | | | |
| Chad | Jacob | bayou4cjdawg | 5/12/2020 | $453.82 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $22.69 | | | |
| Chad | Jacob | bayou4cjdawg | 5/10/2020 | $493.81 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $24.69 | | | |
| Chad | Jacob | bayou4cjdawg | 5/10/2020 | $461.17 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $23.06 | | | |
| Chad | Jacob | bayou4cjdawg | 5/9/2020 | $436.64 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $21.83 | | | |
| Chad | Jacob | bayou4cjdawg | 5/3/2020 | $265.50 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $13.28 | | | |
| Chad | Jacob | bayou4cjdawg | 5/3/2020 | $231.12 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship  Size Regular. Old Stock | 20 | $11.56 | | | |

| Buyer | Seller | Account | Date | Total | Description | Qty | Unit Price | Contact |
|---|---|---|---|---|---|---|---|---|
| Chad | Jacob | bayou4cjdawg | 5/2/2020 | $531.00 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular OLD STOCK Read Discrp | 20 | $26.55 | customersupport@supergooddeals.com |
| Chad | Jacob | bayou4cjdawg | 5/1/2020 | $531.00 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular OLD STOCK Read Discrp | 20 | $26.55 | |
| Chad | Jacob | bayou4cjdawg | 5/1/2020 | $452.76 | 3 M M M. 20. Each Pack N Grade 95 1860S Small Msk 1 Day Auction Exp 2024 | 20 | $22.64 | |
| Chad | Jacob | bayou4cjdawg | 4/30/2020 | $265.50 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $13.28 | |
| Chad | Jacob | bayou4cjdawg | 4/30/2020 | $233.93 | 3 M - Mm 10 Each 1860 Regular N Grade 95 10 Total Msk. Exp 2024 | 10 | $23.39 | |
| Chad | Jacob | bayou4cjdawg | 4/29/2020 | $265.50 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrp | 20 | $13.28 | |
| Chad | Jacob | bayou4cjdawg | 4/28/2020 | $98.69 | 3 M - Mm 5 Each 1860 Regular N Grade 95 Of Old Stock . 5 Total Msk. Read Descr | 5 | $19.74 | |
| Chad | Jacob | bayou4cjdawg | 4/28/2020 | $226.54 | 3m Mm 1860 Box of 20 face N Ninety5 Fast Ship Size Regular Old Stock Read Discrn | 20 | $11.33 | |
| Chad | Jacob | bayou4cjdawg | 4/26/2020 | $97.41 | 3 M - - 2 Each 1860 Regular N Grade 95 And 1 Each 1860S. Small. 3 Total Msk | 3 | $32.47 | |
| Chad | Jacob | bayou4cjdawg | 4/26/2020 | $124.83 | 3 M - - 2 Each 1860 Regular N Grade 95 And 2 Each 1860S. Small. 4 Total Msk | 4 | $31.21 | |
| Chad | Jacob | bayou4cjdawg | 4/26/2020 | $115.85 | 3 M - - 2 Each 1860 Regular N Grade 95 And 2 Each 1860S. Small. 4 Total Msk | 4 | $28.96 | |
| Chad | Jacob | bayou4cjdawg | 4/26/2020 | $226.05 | 3 M 8000 (30) Brand New Pieces N o 95 | 30 | $7.54 | |
| Chad | Jacob | bayou4cjdawg | 4/24/2020 | $122.10 | 3 M Msk 2 Each 1860 N Grade 95 And 2 Each 1860S | 4 | $30.53 | |
| Chad | Jacob | bayou4cjdawg | 4/23/2020 | $123.10 | 3 M Msk 2 Each 1860 N Grade 95 And 2 Each 1860S | 4 | $30.78 | |
| Chad | Jacob | bayou4cjdawg | 4/16/2020 | $451.20 | 3 M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $22.56 | |
| Chad | Jacob | bayou4cjdawg | 4/16/2020 | $451.72 | 3 M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $22.59 | |
| Chad | Jacob | bayou4cjdawg | 4/16/2020 | $387.81 | 3 M M M 20 Pack N Grade 95 1860 1 Day Ending Soon | 20 | $19.39 | |
| Chad | Jacob | bayou4cjdawg | 4/15/2020 | $388.72 | 3 M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $19.44 | |
| Chad | Jacob | bayou4cjdawg | 4/15/2020 | $315.85 | 3 M M M 20 Pack N Grade 95 1860 1 Day Auction | 20 | $15.79 | |
| Chad | Jacob | bayou4cjdawg | 4/5/2020 | $422.40 | 3m 1860 Box of 20 face mask respirator 95. Fast Shipping Size Regular | 20 | $21.12 | |
| Chad | Jacob | bayou4cjdawg | 4/4/2020 | $441.88 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $22.09 | |
| Chad | Jacob | bayou4cjdawg | 4/4/2020 | $415.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $20.78 | |
| Chad | Jacob | bayou4cjdawg | 4/4/2020 | $444.59 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $22.23 | |
| Chad | Jacob | bayou4cjdawg | 4/4/2020 | $452.38 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $22.62 | |
| Chad | Jacob | bayou4cjdawg | 4/4/2020 | $815.50 | Respirator - 20 Mask 1 Box Expire 9/ 2024 N NinetyFives | 20 | $40.78 | |
| Chad | Jacob | bayou4cjdawg | 4/3/2020 | $415.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2024 | 20 | $20.78 | |
| Chad | Jacob | bayou4cjdawg | 4/3/2020 | $446.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2024 BOX of Regular Size Mask | 20 | $22.33 | |
| Chad | Jacob | bayou4cjdawg | 4/3/2020 | $451.89 | 3M Respiratory Mask 1860 (20 pack, size regular adult ) New in box. Exp 9/2024 | 20 | $22.59 | |
| Chad | Jacob | bayou4cjdawg | 4/3/2020 | $440.43 | 3M Respiratory Mask 1860 (20 pack, size regular adult ) New in box. Exp 9/2024 | 20 | $22.02 | |
| Chad | Jacob | bayou4cjdawg | 4/2/2020 | $428.75 | 3M Respiratory Mask 1860 (20 pack, size regular adult ) New in box. Exp 9/2024 | 20 | $21.44 | |
| Chad | Jacob | bayou4cjdawg | 4/2/2020 | $440.37 | 3M Respiratory Mask 1860 (20 pack, size regular adult ) New in box. Exp 9/2024 | 20 | $22.02 | |
| Chad | Jacob | bayou4cjdawg | 4/2/2020 | $404.70 | 3M Respiratory Mask 1860 (20 pack, size regular adult ) New in box. Exp 9/2024 | 20 | $20.24 | |
| Chad | Jacob | bayou4cjdawg | 3/31/2020 | $494.06 | 20 Each 95 Mask Respirator 3M- Regular Size | 20 | $24.70 | |
| Chad | Jacob | bayou4cjdawg | 3/31/2020 | $492.00 | 20 Each 95 Mask Respirator 3M- Box Top Torn No Mask Damages. Regular Size | 20 | $24.60 | |
| Chad | Jacob | bayou4cjdawg | 3/29/2020 | $549.65 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $27.48 | |
| Chad | Jacob | bayou4cjdawg | 3/29/2020 | $451.34 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $22.57 | |
| Chad | Jacob | bayou4cjdawg | 3/29/2020 | $415.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $20.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $515.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $25.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $515.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $25.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $546.75 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $27.34 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $358.00 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $17.90 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $334.25 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $16.71 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $343.25 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $17.16 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $315.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $15.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $315.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $15.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $336.01 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $16.80 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $315.50 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $15.78 | |
| Chad | Jacob | bayou4cjdawg | 3/28/2020 | $315.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $15.78 | |
| Chad | Jacob | bayou4cjdawg | 3/27/2020 | $332.30 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $16.62 | |
| Chad | Jacob | bayou4cjdawg | 3/27/2020 | $340.25 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $17.01 | |
| Chad | Jacob | bayou4cjdawg | 3/27/2020 | $338.75 | 3M 1860S mask --Box of 20 -- New Unopened -- Exp 2024 BOX of SMALL Size Mask | 20 | $16.94 | |
| Chad | Jacob | bayou4cjdawg | 3/27/2020 | $1,615.00 | Brand New 3M 1860, mask, 1 CASE Of 6 Boxes of 20 Mask. Total 120 Masks | 120 | $13.46 | |
| Chad | Jacob | bayou4cjdawg | 3/22/2020 | $515.50 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $25.78 | |
| Chad | Jacob | bayou4cjdawg | 3/20/2020 | $326.63 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $16.33 | |
| Chad | Jacob | bayou4cjdawg | 3/20/2020 | $326.63 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $16.33 | |
| Chad | Jacob | bayou4cjdawg | 3/20/2020 | $326.63 | 3M 1860 mask --Box of 20 -- New Unopened -- Exp 2025 | 20 | $16.33 | |
| Chad | Jacob | bayou4cjdawg | 3/2/2020 | $47.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $47.85 | |
| Chad | Jacob | bayou4cjdawg | 3/2/2020 | $89.06 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $89.06 | |
| Chad | Jacob | bayou4cjdawg | 3/2/2020 | $51.26 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $51.26 | |
| Chad | Jacob | bayou4cjdawg | 3/1/2020 | $166.42 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $166.42 | |
| Chad | Jacob | bayou4cjdawg | 3/1/2020 | $87.82 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $87.82 | |
| Chad | Jacob | bayou4cjdawg | 3/1/2020 | $51.18 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $51.18 | |
| Chad | Jacob | bayou4cjdawg | 3/1/2020 | $47.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $47.85 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $40.50 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.50 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $40.40 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.40 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $40.23 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.23 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $37.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $37.85 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $62.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $62.85 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $75.00 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $75.00 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $40.97 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.97 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $41.26 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $41.26 | |
| Chad | Jacob | bayou4cjdawg | 2/29/2020 | $117.54 | 3M 1860S N95 Particulate Respirator and Surgical Mask - 1 MASK Size Small | 1 | $117.54 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $41.71 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $41.71 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $112.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $112.85 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $40.25 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.25 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $39.73 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $39.73 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $231.35 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $231.35 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $40.41 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $40.41 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $170.50 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $170.50 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $79.02 | 3M 1860S N95 Particulate Respirator and Surgical Mask - 1 MASK Size Small | 1 | $79.02 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $43.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $43.85 | |
| Chad | Jacob | bayou4cjdawg | 2/28/2020 | $42.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $42.85 | |
| Chad | Jacob | bayou4cjdawg | 2/27/2020 | $48.85 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $48.85 | |
| Chad | Jacob | bayou4cjdawg | 2/27/2020 | $165.08 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $165.08 | |
| Chad | Jacob | bayou4cjdawg | 2/26/2020 | $168.28 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $168.28 | |
| Chad | Jacob | bayou4cjdawg | 2/26/2020 | $58.45 | 3M 1860 N95 Particulate Respirator and Surgical Mask - 1 MASK | 1 | $58.45 | |
| Chad | Jacob | bayou4cjdawg | 2/25/2020 | $407.50 | 3M 1860 N95 Particulate Respirator/Surgical Mask 90ea/3 Box EXP-2024 NEW In Box | 90 | $4.53 | |
| Chad | Jacob | bayou4cjdawg | 2/25/2020 | $370.63 | New Lot 3M 1860 N95 Particulate Respirator and Surgical Mask 20 Pc Box EXP 2024 | 20 | $18.53 | |
| | | TOTALS | | **$51,504** | | **2806** | **$18.36** | |

**normal price per 3M N95 mask = $0.52 per**